Dismissed and Memorandum Opinion filed May 1, 2008








Dismissed
and Memorandum Opinion filed May 1, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00240-CR

NO. 14-08-00241-CR

____________

 

CHRISTOPHER A. HOARD, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
262nd District Court

 Harris County, Texas

Trial Court Cause Nos. 1133304
& 1133305

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered  guilty pleas to aggravated robbery in two causes.   In each case, in
accordance with the terms of a plea bargain agreement with the State, the trial
court sentenced appellant on March 24, 2008, to confinement for fifteen years
in the Institutional Division of the Texas Department of Criminal Justice. 
Appellant filed a pro se notice of appeal in each case.  We dismiss the
appeals.  








In both
cases, the trial court entered a certification of the defendant=s right to appeal in which the court
certified that each case is a plea bargain case, and the defendant has no right
of appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court=s certification in each case is  included in each respective
record on appeal.  See Tex. R.
App. P. 25.2(d).  Each record supports the trial court=s certification in each case.  See
Dears v. State, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss both appeals.  

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed May 1,
2008.

Panel consists of Justices Frost, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P.
47.2(b)